

Opinions of the United
States Court of Appeals
for the Third Circuit

6-13-2012

# Jordana Vera v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 11-3157

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Jordana Vera v. Atty Gen USA" (2012). *2012 Decisions.* Paper 794.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/794

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 23, 2012

No. 11-3157

Jordana Vera,
                              Petitioner

v.

Attorney General of the United States,
                              Respondent

(Agency No. A201-246-042)

Present:      SLOVITER, VANASKIE, and GREENBERG, Circuit Judges

1.    Motion by Respondent to Dismiss Petition for Review for Lack of
      Jurisdiction and Request to Vacate Decision;

2.    Response by Petitioner to Motion to Dismiss Petition for Review for
      Lack of Jurisdiction and Request to Vacate Decision;

3.    Reply by Respondent to Petitioner's Response to Motion to Dismiss
      Petition for Review for Lack of Jurisdiction and Request to Vacate
      Decision.

                              Respectfully,
                              Clerk/slc

_____ORDER_____

      The foregoing motion by Respondent to dismiss the petition for review for lack of
jurisdiction and vacate the Court's opinion is granted and the petition for review is
dismissed and the opinion is vacated. The Court is entering this order because there is no
outstanding order of removal so there is nothing to review. The Court notes that it based
its decision on the incorrect representation of the Department of Homeland Security that
petitioner was admitted to the United States under the Visa Waiver Program and further
notes that petitioner did not challenge this representation.

                              By the Court,

                              /s/ Morton I. Greenberg
                              Circuit Judge

Dated:      June 13, 2012

SLC/cc:     Sharon M. Clay
              Camille J. Mackler
              Brian J. Murray
              Charles Roth
              Joseph C. Hohenstein